**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| LISA ULREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:16-cv-257 |
| | ) |
| WILLIAM "BILL" REICHHART, | ) |
| | ) |
| Defendant. | ) |

**VERIFIED NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant, William "Bill" Reichhart, by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, notice the removal of an action from the Wabash County Superior Court No. 1, Cause No. 85D01-1604-CT-245, captioned as *Lisa Ulrey v. William "Bill" Reichhart* (the "Action"), to this Court for trial and determination, and as grounds therefor states as follows:

1.      The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §§ 1441 and 1446, in that the Action seeks relief under the Civil Rights Act of 1871, 42 U.S.C. § 1983, and the First Amendment of the United States Constitution.

2.      The original Complaint for Damages and Request for Jury Trial was filed on April 6, 2016 alleging a claim of retaliation under the Civil Rights Act of 1871, 42 U.S.C. §1983 (First Amendment Retaliation).

3.      Defendant's response to Plaintiff's Complaint for Damages and Request for Jury Trial is due on May 4, 2016.  A true and correct copy of all process, pleadings and orders that have been filed in the State Court action are attached as Exhibit A, which includes:

    a)  Complaint for Damages and Request for Jury Trial;

b)  Appearance of Tae Sture on behalf of Plaintiff;

c)  Summons directed to Defendant;

4.      This Verified Notice of Removal of Civil Action has been filed within thirty (30) days of the date on which Defendant first ascertained that this Action has become removable as required by 28 U.S.C. § 1446(b).

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1331.

6.      Written notice of the filing of this Verified Notice of Removal of Civil Action is concurrently being provided to the parties as required by law.

7.      A true and accurate copy of this Verified Notice of Removal of Civil Action will be filed with the Wabash County Superior Court as required by 28 U.S.C. §1446(d).

## **VERIFICATION**

The undersigned hereby verifies that the foregoing statements are true and accurate to the best of her knowledge, information, and belief.

s/ Michelle L. Cooper
Michelle L. Cooper

Respectfully submitted,

**LEWIS & KAPPES, P.C.**

s/  Michelle L. Cooper
Michelle L. Cooper
Attorney No. 21583-18
**LEWIS & KAPPES, P.C.**
2500 One American Square
Indianapolis, IN 46282
Ph:     (317) 639-1210
Fax:    (317) 639-4882
Email: mcooper@lewis-kappes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May 2016, a copy of the foregoing was filed

electronically. Service of this filing will be made on all ECF-registered counsel by operation of

the Court's electronic filing system.  Parties may access this filing through the Court's system.

Tae Sture
Sture Leal Services, LLC
9000 Keystone Crossing, Suite 660
Indianapolis, IN  46240
Email: tae@sturelaw.com

s/ Michelle L. Cooper
Michelle L. Cooper

**LEWIS & KAPPES, P.C.**
2500 One American Square
Indianapolis, Indiana 46282
Ph:     (317) 639-1210
Fax:    (317) 639-4882

3